UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE WAIKSNIS, | ) |
| Petitioner, | ) |
| v. | ) No. 4:17-CV-1362 DDN |
| JAY CASSADY, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

Dated this 21st day of April, 2017.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE